**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1156**

---

VLADIMIR KRUGLYAK, d/b/a Fruklyak, Inc.,

Plaintiff - Appellant,

v.

KAREN J. PHOEBUS,

Defendant - Appellee,

and

HOME DEPOT U.S.A., INC.,

Defendant.

---

**No. 25-1144**

---

VLADIMIR KRUGLYAK,

Plaintiff - Appellant,

v.

HOME DEPOT U.S.A., INCORPORATED,

Defendant - Appellee.

---

**No. 25-1795**

---

VLADIMIR KRUGLYAK,

               Plaintiff - Appellant,

      v.

HOME DEPOT U.S.A., INCORPORATED,

               Defendant - Appellee.

---

Appeals from the United States District Court for the Western District of Virginia, at Abingdon.  Michael F. Urbanski, Senior District Judge.  (1:22-cv-00024-MFU-PMS)

---

Submitted:  October 14, 2025               Decided:  November 26, 2025

---

Before GREGORY, HARRIS, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Vladimir Kruglyak, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Vladimir Kruglyak appeals the district court's orders in this civil action granting Defendant Phoebus's motion to dismiss, granting Defendant Home Depot's consent to judgment in favor of Kruglyak in the amount of $3,696.35, granting summary judgment to Defendant Home Depot, and denying Kruglyak's motions to reconsider. We have reviewed the record and find no reversible error. Accordingly, we deny the amended motions to consolidate appeals as moot and affirm the district court's orders. *Kruglyak v. Phoebus*, No. 1:22-cv-00024-MFU-PMS (W.D. Va. Mar. 29, 2023; Feb. 15, 2024) (No. 24-1156); *Kruglyak v. Home Depot U.S.A., Inc.*, No. 1:22-cv-00024-MFU-PMS (W.D. Va. Sept. 26, 2024; filed Jan. 28, 2025 & entered Jan. 29, 2025) (No. 25-1144); *Kruglyak v. Home Depot U.S.A., Inc.*, No. 1:22-cv-00024-MFU-PMS (W.D. Va. May 6, 2025; July 7, 2025) (25-1795). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3